RECEIVED
IN MONROE, LA

MAR 10 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 02-30032-01 |
| VERSUS | * | JUDGE JAMES |
| SABINO ROSAS-NIEVES | | |

### ORDER

Upon petition by the United States of America under the provisions of 18 U.S.C. §3573, as amended, for remission of all of the unpaid portion of the assessment imposed upon the captioned criminal defendant and the Court being sufficiently advised herein and finding that the United States Attorney has represented that all reasonable efforts to collect the assessment have not been or are not likely to be effective, and further finding that the interests of justice would be served by a remission of all of the unpaid portion of the assessment imposed upon said criminal defendant.

IT IS HEREBY ORDERED that all the unpaid portion of the assessment imposed upon the captioned criminal defendant be, and hereby is, remitted.

THUS DONE AND SIGNED in _Monroe_, Louisiana, this 9 day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE